# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| FORREST M. BAKER, Sr., | : | |
| Petitioner, | : | Civ. No. 15-1294 (RBK) |
| v. | : | |
| | : | **MEMORANDUM AND ORDER** |
| ADMINISTRATOR D'ILIO, et al., | : | |
| Respondents. | : | |

Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On March 10, 2015, respondent was ordered to file a response to the habeas petition within forty-five (45) days. That Order to Answer was served on respondent by certified mail, return receipt requested. The Court received the certified mail return receipt on March 20, 2015. Respondent did not respond in any fashion whatsoever to the Court's March 10, 2015 Order to Answer.

On May 4, 2015, the Court issued an Order to Show Cause on respondent why the habeas petition should not be granted. Respondent was given twenty-one (21) days to respond to the Order to Show Cause. Respondent did not respond in any fashion to the Order to Show Cause. However, as the Order to Show Cause was not served on respondent by certified mail, return receipt requested, it is possible that the Order to Show Cause was never received by respondent. Therefore, the Court will order the Clerk to serve the Order to Show Cause on respondent by certified mail, return receipt requested. Respondent shall be given fourteen (14) days from the date of this Order in which to comply with the Order to Show Cause.

Accordingly, IT IS this **1st** day of **June**, 2015,

ORDERED that the Clerk shall serve the Order to Show Cause (Dkt. No. 5.) and this Order on respondent by certified mail, return receipt requested; and it is further

ORDERED that respondent shall show cause within fourteen (14) days of the date of this Order why the habeas petition should not be granted; and it is further

ORDERED that respondent's failure to respond to the Order to Show Cause within fourteen (14) days of the date of this Order may result in sanctions and a personal appearance may be required.

s/Robert B. Kugler
ROBERT B. KUGLER
United States District Judge