UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| FORREST M. BAKER, Sr., : | |
| : | |
| Petitioner, : | Civ. No. 15-1294 (RBK) |
| : | |
| v. : | |
| : | **MEMORANDUM AND ORDER** |
| ADMINISTRATOR D'ILIO, et al., : | |
| : | |
| Respondents. : | |

Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On June 4, 2015, this Court issued a second order to show cause on respondent why the habeas petition should not be granted in light of respondent's failure to file an answer. Respondent was given fourteen days in which to respond to this second order to show cause.

On June 12, 2015, this Court received a response from respondent to the second order to show cause. Respondent states that there was miscommunication at the Burlington County Prosecutor's Office as to which attorney was going to file a motion for an extension of time to file a response to the habeas petition. Indeed, no such request for an extension of time was ever filed with the Court by respondent. In response to the order to show cause, respondent now requests until July 10, 2015 (approximately two-and-one-half months after the initial due date) to file an answer to the habeas petition. Mindful of the time that already has passed, the Court will, nevertheless, grant this request in light of respondent's express statement to the Court that it will be prepared to file an answer no later than July 10, 2015.

Accordingly, IT IS this  15th  day of  June,  2015,

ORDERED that respondent's answer to the habeas petition shall be filed on or before July 10, 2015.

    s/Robert B. Kugler
ROBERT B. KUGLER
United States District Judge