# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| FORREST M. BAKER, SR., : <br> : <br> Petitioner, : <br> : <br> v. : <br> : <br> ADMINISTRATOR D'ILIO, et al., : <br> : <br> Respondents. : | Civ. No. 15-1294 (RBK) <br><br> **MEMORANDUM AND ORDER** |

Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Presently pending before this Court is petitioner's request for an extension of time to file a reply to his habeas petition. (*See* Dkt. No. 13.) Good cause appearing, the request will be granted.

Accordingly, IT IS this 11th day of August, 2015,

ORDERED that petitioner's request for an extension of time to file a reply to his habeas petition (Dkt. No. 13.) is granted; and it is further

ORDERED that petitioner may file his reply to his habeas petition on or before September 25, 2015.

s/Robert B. Kugler
ROBERT B. KUGLER
United States District Judge